# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ESTATE OF WINIFRED KLEE, KELLY KLEE-MEDICI, Administratrix, and KELLY KLEE-MEDICI and KIMBERLY KLEE-RODRIGUES, as Individual Heirs to the Estate of Winifred Klee, : : : : : : | CIVIL ACTION NO. 3:18-1961 (JUDGE MANNION) |
| **Plaintiffs** : | |
| v. : | |
| THE CITY OF SCRANTON and PATRICK HINTON, : : | |
| **Defendants** : : | |

# **O R D E R**

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

the defendants' motion to dismiss **(Doc. 7)** is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** as to the municipal liability claim against the City of Scranton and the request for punitive damages against the City of Scranton and defendant Hinton in his official capacity. The motion is **DENIED** with respect to the plaintiffs' Fourth and Fourteenth Amendment claims against defendant Hinton in his individual capacity; to the extent the defendants argue that the plaintiffs' claims are barred

by the Political Subdivision Tort Claims Act; and to the extent the defendants argue that defendant Hinton is entitled to qualified immunity.

                                                s/ *Malachy E. Mannion*
                                                **MALACHY E. MANNION**
                                                **United States District Judge**

**Date: September 30, 2019**

18-1961-01-ORDER.wpd